UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> ANTONIO Vallejo ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj 785 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Alvaro Mireles-Garcia

DATED: 3/25/08

LOUISA S. POR

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk